# RIVKIN RADLER
### ATTORNEYS AT LAW

MICHAEL P. VERSICHELLI
PARTNER
(516) 357-3431
michael.versichelli@rivkin.com



December 5, 2005

**VIA FACSIMILE**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Lionel L.L.C., et al. v. K-Line Electric Trains, Inc.
             No. 05-VC-7461 (LAP)
             RR File No. 009207-00002

Dear Judge Preska:

We represent defendant, Robert Grubba, in an adversary proceeding in the United States Bankruptcy Court before Judge Burton R. Lifland. Chapter 11 Case No. 04-17324 (BRL), Adversary Proceeding No. 05-02337 (BRL).

We are writing to advise the Court that the parties have reached a settlement in the adversary proceeding that has been approved by the Bankruptcy Court. Accordingly, there is no need for this Court to decide defendant's pending motion to withdraw the reference to the Bankruptcy Court. *(docket no. 1)*

We hereby withdraw the motion, on behalf of Mr. Gubba, without prejudice.

Thank you for your time and please do not hesitate to contact me or Celeste Butera (516-357-3356) with any questions concerning this matter.

Respectfully submitted,

RIVKIN RADLER LLP

Michael P. Versichelli

**The Clerk of the Court shall mark this action closed and all pending motions denied as moot.**

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

cc:   O'Melveny & Myers LLP
      Attention: Abbey Walsh, Esq.
      Poyner & Spruill LLP
      Nicholls & Crampton, PA

1904292 v1

926 EAB Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

47 Maple Street
The Atrium, Third Floor
Summit, NJ 07901-2505
Tel: 908.608.2200
Fax: 908.608.0569

www.rivkinradler.com